# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**IAN BURKE,**
        **Plaintiff,**

vs.                                    5:17-CV-157 (MAD/DEP)

**THE BOARD OF EDUCATION OF THE AUBURN
ENLARGED CITY SCHOOL DISTRICT,**
        **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Dkt. No. 19) is **GRANTED** in its entirety; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 7th day of November, 2018.

DATED: November 7, 2018

*John Domurad*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk